COM.

v.

**CHAMBERS, M.**

**1311 WDA 2016**

Superior Court of Pennsylvania.

03/21/2017

CP–62–CR–0000361–2014
(Warren)

Affirmed

**WELLS FARGO BANK, N.A.**

v.

**SCHINDLER, R.**

**3728 EDA 2015**

Superior Court of Pennsylvania.

03/22/2017
Reargument Denied 5/22/2017

No. 13–31308
(Montgomery)

Affirmed

**HANRAHAN, M.**

v.

**BAKKER, J.**

**582 EDA 2016**

Superior Court of Pennsylvania.

03/22/2017

No. 2008–16689
(Delaware)

Appeal Dismissed

**VASILIK, M.**

v.

**VOIPOCH, LLC**

**1890 EDA 2016**

Superior Court of Pennsylvania.

03/22/2017

2015–C–0904 (Lehigh)

Affirmed

